■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKE GRAY, Appellant. [609 NYS2d 778] —Judgment, Supreme Court, New York County (Renee White, J.), rendered January 8, 1992, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, 4½ to 9 years, and 2½ to 5 years, respectively, unanimously affirmed.

Though "[t]he District Attorney herein did on occasion exceed the bounds of legitimate fair comment", the summation was not so egregious as to deny defendant a fair trial *(People v D'Alessandro,* 184 AD2d 114, 119, *lv denied* 81 NY2d 884). In any event, defense counsel interposed only two objections *(see, People v Briggs,* 155 AD2d 306, *lv denied* 75 NY2d 867), and any error was harmless in light of overwhelming proof of guilt *(see, People v Perez,* 176 AD2d 165, *lv denied* 79 NY2d 862). Concur—Sullivan, J. P., Ross, Asch, Rubin and Tom, JJ.